AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>3:21mj 237 (TOF) | Date and time warrant executed:<br>NOT EXECUTED | Copy of warrant and inventory left with:<br>NA |
| Inventory made in the presence of :<br>N/A |||
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>This warrant was not executed because the phone associated with the telephone number was not recovered |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/2/21

*Executing officer's signature*

Kevin Miketo SA 5321
*Printed name and title*